```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

JOHN R. DURSO, JOESPH FONTANO, AND
WILLIAM F. CLARKE, as Trustees and
Fiduciaries of the LOCAL 305 CIO'S          MEMORANDUM & ORDER
PENSION FUND,                               23-CV-7107 (EK)(AYS)

                    Plaintiffs,

        -against-

CASA BELLA CONTRACTING, INC.,

                    Defendant.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Sheilds's Report and Recommendation (R&R) dated August 12, 2025.  ECF No. 17.  Judge Sheilds recommends that plaintiffs' motion for default judgment be granted, and that plaintiffs be awarded $114,855.80 in damages, consisting of $93,260.00 in withdrawal liability, $18,652.00 in liquidated damages, $2,475.00 in attorneys' fees, and $468.80 in costs.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Shields's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, plaintiffs' motion for default judgment is granted and plaintiffs are awarded $114,855.80 in damages, consisting of $93,260.00 in withdrawal liability, $18,652.00 in liquidated damages, $2,475.00 in attorneys' fees, and $468.80 in costs. The Clerk of Court is respectfully directed to terminate the case.

SO ORDERED.

    /s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    August 29, 2025
           Brooklyn, New York